**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6441**

———————

MICHAEL RANKINS,

                                        Plaintiff - Appellant,

        versus

GEORGE CURRIE; RICHARD T. JONES; FAULK,
Medical Supervisor; EARL V. ECHARD,

                                        Defendants - Appellees,

        and

BOYD BENNETT; JOY BAREFOOT; JOHN DOES,
Physician Assistant; JOHN DOES, Physician
Extender; JOHN DOES, Medical Personnel; JANE
DOES, Medical Personnel; DESHAZO TERRY; NURSE
SNIDER; NURSE BOONE,

                                        Defendants.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
District Judge. (CA-02-784-5-H)

———————

Submitted:  July 28, 2004          Decided:  August 11, 2004

———————

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

Michael Rankins, Appellant Pro Se.  James Philip Allen, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Rankins seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and conclude this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Rankins v. Currie, No. CA-02-784-5-H (E.D.N.C. Feb. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 3 -